IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

     Plaintiff,                              No. CIV S 07-0022 LKK GGH P

    vs.

OFFICER SPENCE, et al.,

     Defendants.                  ORDER

_____/

        Plaintiff, an inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        By order, filed on January 19, 2007, plaintiff was directed to correct the defects of his in forma pauperis application.  Plaintiff has now submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.

1  § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding
2  month's income credited to plaintiff's prison trust account. These payments shall be collected
3  and forwarded by the appropriate agency to the Clerk of the Court each time the amount in
4  plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

5      Plaintiff filed his original complaint on January 4, 2007; however, he
6  subsequently filed an amended complaint on March 29, 2007, prior to having filed an adequate in
7  forma pauperis application and before the court screened the original complaint. The Federal
8  Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of
9  course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). However, an
10 amended or supplemental complaint supersedes the original complaint. See Loux v. Rhay, 375
11 F.2d 55, 57 (9th Cir. 1967). Therefore, this action proceeds on plaintiff's amended complaint.

12      In accordance with the above, IT IS HEREBY ORDERED that:

13      1. Plaintiff's request for leave to proceed in forma pauperis is granted.

14      2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
15 The fee shall be collected and paid in accordance with this court's order to the Director of the
16 California Department of Corrections and Rehabilitation filed concurrently herewith.

17      3. Plaintiff's original complaint, filed on January 4, 2007, has been superseded by
18 the amended complaint, filed on March 29, 2007.

19      4. Service is appropriate for the following defendants: Woodland Police Officer
20 Luke A. Spence; and the following Yolo County Sheriff's Department employees: Commander
21 Ed Prieto; Lieutenant (Lt.) T. Day; Sergeant (Sgt.) D. Hunter; Deputy Chaud; Deputy Gibson;
22 Deputy Jamolodin; Deputy Duvall; Deputy Madden;[1] in addition, Registered Nurse (R.N.) Tony.

23      5. The Clerk of the Court shall send plaintiff ten (10) USM-285 forms, one
24 summons, an instruction sheet and a copy of the amended complaint filed March 29, 2007.

25

26      [1] Plaintiff has alternatively spelled this individual's name as "Matsen" and "Maten."

6. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 4 above; and

    d. Eleven (11) copies of the endorsed amended complaint filed March 29, 2007.

7. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 5/11/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
turn0022.1nf

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

      Plaintiff,                    No. CIV S 07-0022 LKK GGH P

    vs.

OFFICER SPENCE, et al.,

      Defendants.

NOTICE OF SUBMISSION OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      __10__     completed USM-285 forms

      __11__     copies of the __March 29, 2007__ Amended Complaint

DATED:

_____
Plaintiff