1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANTHONY RICHARDO TURNER,

11              Plaintiff,                    No. CIV S 07-0022 LKK GGH P

12        vs.

13    OFFICER SPENCE, et al.,

14              Defendants.                   ORDER

15    _____/

16              By Order, filed on October 3, 2007, Judge Karlton related two cases, now

17    denominated Case No. CIV S- 07-0078 LKK GGH P and Case No. CIV S-07-1362 LKK GGH

18    P, to the instant action.  Only dates previously set, if any, in the reassigned cases were vacated

19    and no stay was imposed in this matter.

20              Accordingly, IT IS ORDERED that:

21              1.  Defendants must file and serve a responsive pleading in this action within

22    twenty (20) days of the filed date of this order; and

23    \\\\\

24    \\\\\

25    \\\\\

26    \\\\\

1         2.  Defendants must serve their responses to plaintiff's previously served requests

2    for production of documents within 60 days of the filed date of this order.

3    DATED: 10/11/07

4                                /s/ Gregory G. Hollows

5                                GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

6    GGH:009
turn0022.rsp

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26