IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

    Plaintiff,                    No. CIV S-07-0022 LKK GGH P

    vs.

OFFICER SPENCE, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff filed, on January 28, 2008 (#55), a motion for a temporary restraining order/preliminary injunction, alleging, inter alia, a deprivation of adequate outdoor exercise. Defendants must file a response within twenty days.

        IT IS SO ORDERED.

DATED: 02/01/08                    /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
turn0022.ord