IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

        Plaintiff,                        No. CIV S 07-0022 GGH P

    vs.

OFFICER SPENCE, et al.,             ORDER

        Defendants.

_____/

        By Order, filed on April 4, 2008 (# 72), defendants were directed, inter alia, to locate, if possible, the business address for an unserved defendant identified as "Nurse Tony." Defendants provided an address at which "Nurse Tony," whose full name is apparently, Tony Thomas, could be served. When the court directed the U.S. Marshal to request a waiver of service from defendant Thomas at the address identified by defendants (which plaintiff had filled in on the proper USM-285 form), see Order, filed on 6/03/08 (# 82), however, the waiver of service was returned unexecuted. See filing of 6/24/08 (# 85). Defendants' counsel is now directed, within five (5) days, to ascertain why the address that was provided has proved inadequate for a waiver of service of process to be executed for this defendant.

        IT IS SO ORDERED.

DATED: 07/15/08                           /s/ Gregory G. Hollows
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009/turn0022.ord4