IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

      Plaintiff,                         No. CIV S-07-0022 GGH P

    vs.

OFFICER SPENCE, et al.,

      Defendants.                ORDER

_____/

          Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On March 6, 2009 (docket # 106), the same day that an order issued granting defendants' motion to compel discovery and permitting plaintiff thirty days to provide the discovery responses (docket # 105), defendants asked for a modification of the Scheduling Order, filed on April 4, 2008 (docket # 74), as therein the deadline for filing a dispositive motion was also March 6, 2009. Defendants asks for a new dispositive motion deadline of sixty days beyond the date upon which plaintiff serves the compelled discovery responses.

          Subsequently, plaintiff, on May 5, 2009 (docket # 109), sought a thirty-day extension of time to serve his discovery responses, pursuant to the court's order of March 6, 2009 (docket # 105), due to a prison transfer. (Plaintiff really seeks what amounts to a sixty-day extension of time, insofar as the discovery responses, pursuant to the court's order and with three

1

days permitted for mailing, were due by April 8, 2009). The parties' requests will be granted. Plaintiff is reminded that in responding to the discovery requests, he must serve the substantive responses upon the defendants, but must only file in court proof of having served those responses upon defendants but need not file the actual responses in court.

Accordingly, IT IS ORDERED that:

1. Plaintiff's May 5, 2009 (docket # 109), request for a thirty-day extension of time to serve the previously compelled/ordered discovery responses is granted and plaintiff must *serve* the substantive responses upon the defendants, and *file* proof of service of those responses in this court, on or before June 10, 2009; *there will be no further extension of time*.

2. Defendants' March 6, 2009 (docket # 106), request to modify the Scheduling Order (docket # 74), to continue the dispositive motion filing deadline to sixty days beyond the service of plaintiff's discovery responses is granted, and the dispositive motion deadline is re-set for August 10, 2009; after which plaintiff will have thirty days to file an opposition and defendants another fifteen days to file any reply.

3. This modification of the Scheduling Order also necessitates modification of the pretrial conference (October 30, 2009) and jury trial (January 11, 2010) dates set in the Scheduling Order, and those dates are hereby vacated to be re-set as appropriate upon adjudication of any motion for summary judgment or expiration of the time therefore.

DATED: May 11, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
turn0022.mod