IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY RICHARDO TURNER,

    Plaintiff,                      No. CIV S-07-0022 GGH P

    vs.

OFFICER SPENCE, et al.,

    Defendants.                ORDER

_____/

        On November 20, 2009, and November 24, 2009, plaintiff filed documents apparently related to his appeal of the judgment in this case. This civil rights action was closed on September 28, 2009. Plaintiff filed a notice of appeal on October 27, 2009, and the docket indicates that the appeal was processed as of November 2, 2009. This court no longer has jurisdiction in this matter.

        Plaintiff's current filings do not appear to be ones contemplated by the Federal Rules of Civil or Appellate Procedure. Therefore, these documents[1] will be placed in the file and

\\\\\

---

[1] To the extent plaintiff seeks to pursue new or additional allegations against individuals who were named as defendants in this action, or against different defendants, plaintiff must await the outcome of the appeal or file a new complaint pursuant to 42 U.S.C. § 1983.

1

1  disregarded.

2          IT IS SO ORDERED.

3  DATED:   December 1, 2009

4                                    /s/ Gregory G. Hollows

5                                 UNITED STATES MAGISTRATE JUDGE

6  GGH:009
   turn0022.58ggh